STATE v. MILLER

No. 317A85.

Case below: 74 N.C. App. 760.

Petition by Attorney General for writ of supersedeas under Rule 23 allowed 12 June 1985.

STATE v. MONTALBANO

No. 197P85.

Case below: 73 N.C. App. 259.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 June 1985. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 4 June 1985.

STATE v. MOORE

No. 285PA85.

Case below: 74 N.C. App. 464.

Petition by Attorney General for discretionary review under G.S. 7A-31 allowed 4 June 1985. Petition by Attorney General for writ of supersedeas denied 4 June 1985.

STATE v. NEWELL

No. 133P85.

Case below: 72 N.C. App. 536.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 May 1985.

STATE v. NEWKIRK

No. 119P85.

Case below: 73 N.C. App. 83.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 May 1985. The temporary stay issued on 8 March 1985 is dissolved 7 May 1985.